UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

**Joshua Peterson, Jennifer Miller, Alicia Griffin, Katharine Stone, and Jennifer Schauls,**

        Plaintiffs,

vs.

**Premier Diagnostic Imaging, Inc., Integrity Medical Imaging, LLC, Minnesota Medical Imaging, LLC, Kim Algoo a/k/a Khemwattie Singh-Algoo, Amy Gaston, Mark Burgmeier, and Neeraj B. Chepuri,**

        Defendants.

Civil No. 13-cv-01271-DSD-JJK

_____

## STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiffs Joshua Peterson, Jennifer Miller, Alicia Griffin, Katharine Stone, and Jennifer Schauls (collectively, "Plaintiffs") commenced this action on May 8, 2013.

WHEREAS, Defendants Premier Diagnostic Imaging, Inc. ("PDI"), Integrity Medical Imaging, LLC ("IMI"), Kim Algoo a/k/a Khemwattie Singh-Algoo ("Algoo"), Minnesota Medical Imaging, LLC ("MMI"), and Neeraj B. Chepuri ("Chepuri"), through their respective attorneys, served and filed Answers denying the claims against them.

WHEREAS, Defendants Amy Gaston and Mark Burgmeier have not appeared in the above-captioned matter.

- 2 -

WHEREAS, on January 8, 2014, the above-captioned matter was dismissed with prejudice as to Defendant Algoo.

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs, PDI, IMI, MMI, and Chepuri, through their respective undersigned attorneys, that Counts IX, X, XI, and XII of the Complaint shall be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) and 54(b), without an award of costs or fees to any party.

- 3 -

Stipulated to:

Dated: _September 5, 2014_____   /s/Kelly M.Dougherty_____
    Craig W. Trepanier (#250776)
    Kelly M. Dougherty (#392178)
    TREPANIER MACGILLIS BATTINA P.A.
    8000 Flour Exchange Building
    310 Fourth Avenue South
    Minneapolis, MN 55415
    (612) 455-0500
    (612) 455-0501 (Fax)
    **Attorneys for Plaintiffs Joshua Peterson, Jennifer Miller, Alicia Griffin, Katharine Stone, and Jennifer Schauls**

Dated: _September 5,2014_____   /s/Krista A.P. Hatcher_____
    Gregory E. Karpenko (#286473)
    Krista A.P. Hatcher (#387825)
    FREDRIKSON & BYRON, P.A.
    200 South Sixth Street, Suite 4000
    Minneapolis, MN 55402-1425
    (612) 492-7000
    (612) 492-7077 (Fax)
    **Attorneys for Defendants Minnesota Medical Imaging, LLC and Neeraj B. Chepuri**

Dated: _August 19, 20124_____   /s/Jerry A. Burg_____
    Jerry A. Burg (#214255)
    The Law Office of Jerry A. Burg.
    3009 Holmes Avenue South
    Minneapolis, MN 55408
    (612) 822-0865
    (612) 823-4115 (Fax)
    jburgesq@aol.com
    **Attorneys for Defendants Premier Diagnostic Imaging, Inc. and Integrity Medical Imaging, LLC**