# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

**Joshua Peterson, Jennifer Miller, Alicia Griffin, Katharine Stone, and Jennifer Schauls,**

        Plaintiffs,

vs.

**Premier Diagnostic Imaging, Inc., Integrity Medical Imaging, LLC, Minnesota Medical Imaging, LLC, Kim Algoo a/k/a Khemwattie Singh-Algoo, Amy Gaston, Mark Burgmeier, and Neeraj B. Chepuri,**

        Defendants.

Civil No. 13-cv-01271-DSD-JJK

_____

## ORDER

Based upon the parties' Stipulation of Partial Dismissal [Doc. No. 26],

IT IS HEREBY ORDERED that, there being no just reason for delay, Counts IX, X, XI, and XII of the Complaint in the above-captioned action shall be dismissed with prejudice, without an award of costs or fees to any party.

Date: September 9, 2014

s/David S. Doty  
David S. Doty, Judge  
United States District Court