UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

**Joshua Peterson, Jennifer Miller, Alicia Griffin, Katharine Stone, and Jennifer Schauls,**

        Plaintiffs,

vs.

**Premier Diagnostic Imaging, Inc., Integrity Medical Imaging, LLC, Minnesota Medical Imaging, LLC, Kim Algoo a/k/a Khemwattie Singh-Algoo, Amy Gaston, Mark Burgmeier, and Neeraj B. Chepuri,**

        Defendants.

Civil No. 13-cv-01271-DSD-JJK

_____

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties that the above-captioned action shall be dismissed in its entirety, with prejudice, without an award of costs or fees to any party. The Court may enter an order to this effect without hearing or further notice to the parties.

Stipulated to:

| | |
|---|---|
| Dated:  September 16, 2014 | /s/Kelly M. Dougherty_____<br>Craig W. Trepanier (#250776)<br>Kelly M. Dougherty (#392178)<br>TREPANIER MACGILLIS BATTINA P.A.<br>8000 Flour Exchange Building<br>310 Fourth Avenue South<br>Minneapolis, MN 55415<br>(612) 455-0500<br>(612) 455-0501 (Fax)<br>**Attorneys for Plaintiffs Joshua Peterson, Jennifer Miller, Alicia Griffin, Katharine Stone, and Jennifer Schauls** |
| Dated:  September 16, 2014 | _/s/Krista A.P. Hatcher_____<br>Gregory E. Karpenko (#286473)<br>Krista A.P. Hatcher (#387825)<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402-1425<br>(612) 492-7000<br>(612) 492-7077 (Fax)<br>**Attorneys for Defendants Minnesota Medical Imaging, LLC and Neeraj B. Chepuri** |
| Dated: August 19, 2014 | /s/Jerry A. Burg_____<br>Jerry A. Burg (#214255)<br>The Law Office of Jerry A. Burg.<br>3009 Holmes Avenue South<br>Minneapolis, MN 55408<br>(612) 822-0865<br>(612) 823-4115 (Fax)<br>jburgesq@aol.com<br>**Attorneys for Defendants Premier Diagnostic Imaging, Inc. and Integrity Medical Imaging, LLC** |